# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3285

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Troy L. Gill, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 12, 1999
Filed: February 1, 1999

_____

Before BOWMAN, Chief Judge, MURPHY, Circuit Judge, and ALSOP,[1] District Judge.

_____

PER CURIAM.

Troy L. Gill, convicted after trial by jury of bank robbery and a related firearm offense, appeals the denial by the District Court[2] of his motion for a judgment of

_____

[1]The Honorable Donald D. Alsop, United States District Judge for the District of Minnesota, sitting by designation.

[2]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

acquittal. His appeal thus challenges the sufficiency of the evidence to support he jury's verdict.

Having carefully reviewed the case, we are satisfied the evidence is sufficient to support the jury's verdict on each of the two counts of conviction. The District Court therefore did not err in denying Gill's motion for a judgment of acquittal.

By means of a pro se supplemental brief, Gill has attempted to raise a <u>Singleton</u> "bribery" issue. Because that issue was not raised in the District Court, it is not properly before us, and we do not address it.

The judgment of conviction entered on the jury's verdict is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.